FILED

June 26, 2006

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

-UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. Mag. 06-0167-KJM |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| ADRIAN REYNOSO, | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release ADRIAN REYNOSO, Case No. Mag. 06-0167-

KJM, from custody subject to the conditions contained in the attached "Notice to Defendant Being

Released" and for the following reasons:

    __    Release on Personal Recognizance

   X   Bail Posted in the Sum of $ 200,000.00

    __    Unsecured Appearance Bond

    __    Appearance Bond with 10% Deposit

   X   Appearance Bond with Surety

    __    Corporate Surety Bail Bond

   X   (Other) Conditions as stated on the record

   X   (Other) To be released to the Third Party Custody of Sara Sexton

This release order is not effective until the date defendant has signed and understands the attached

"Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __June 26, 2006__ at __3:10 P.M.__.

By __Dale A. Drozd__

Dale A. Drozd
United States Magistrate Judge